Submitted on record and briefs November 1, affirmed November 15, 1976

GOOD, *Petitioner,*

*v.*

EMPLOYMENT DIVISION, *Respondent.*

(No. 76-5955 UCFE, CA 6682)

555 P2d 1264

Marshall R. Good, pro se.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Rhidian M. M. Morgan, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM.

Affirmed. *Arias v. Employment Division,* 26 Or App 841, 554 P2d 538 (1976).